AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Brian Thompson and Angela Thompson | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| Fluent, Inc. and Reward Zone USA, LLC | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fluent, Inc.
C/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javier L. Merino
Dann Law
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
(216) 373-0539
notices@dannlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/3/2020

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
ON APRIL 9, 2020  SERVED A TRUE AND CORRECT COPIES OF  SUMMONS , COMPLAINT WITH EXHIBITS AND JUDGES RULES VIA US CERTIFIED RETURN RECIEPT ATTACHED HERETO   IS EXECUTED RETURN RECEIPT OF DELIVERY

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ATTACHED HERETO EXECUTED RETURN RECIEPT  SIGNED FOR APRIL 9, 2020

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Kathy Gatto  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Cat-Cla

1. Article Addressed to:

Fluent, Inc.
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904

very address different from item 1? ☐ Yes
enter delivery address below:  ☐ No

9590 9403 0553 5173 0662 84

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7015 1520 0001 6635 5195

PS Form 3811, April 2015 PSN 7530-02-000-9053        Domestic Return Receipt

# USPS Tracking®

Track Another Package +

**Tracking Number:** 70151520000166355195

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:18 am on April 9, 2020 in DOVER, DE 19904.

## ✓ Delivered

April 9, 2020 at 10:18 am
Delivered, Front Desk/Reception/Mail Room
DOVER, DE 19904

Get Updates ∨

| | |
|---|---|
| **Text & Email Updates** | ∨ |
| **Tracking History** | ∨ |
| **Product Information** | ∨ |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.