IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

BRIAN THOMPSON and ANGELA THOMPSON,
Individually and on behalf of all others similarly situated,

        Plaintiff,

                                                 No.: 1:20-cv-02680

    -against-

FLUENT, INC. and REWARD ZONE USA, LLC,

        Defendants.
---------------------------------------- X

**<u>DEEFENDANT FLUENT, INC.'S CORPORATE DISCLOSURE STATEMENT</u>**

    Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel of record for Fluent, Inc. certifies that it has no parent corporate and that no publicly-held corporate owns 10% or more of its stock.

Dated:  June 22, 2020                              KLEIN MOYNIHAN TURCO LLP

                                                   By:    */s/ Neil E. Asnen*
                                                            Neil E. Asnen (NA 1863)
                                                             450 Seventh Avenue – 40th Floor
                                                             New York, NY 10123
                                                              T: (212) 246-0900
                                                             nasnen@kleinmoynihan.com