

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN THOMPSON and ANGELA THOMPSON, *individually and on behalf of all others similarly situated*,

           Plaintiff,

   -against-

FLUENT, INC., et al.,

           Defendants.

20-CV-2680 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed defendants' motion dated October 22, 2020 (Dkt. No. 26), requesting a stay pending the Supreme Court's decision in *Duguid v. Facebook, Inc.*, 926 F.3d 1146 (9th Cir. 2019), *cert. granted in part*, No. 19-511, 2020 WL 3865252 (U.S. July 9, 2020). Pursuant to Local Civil Rule 6.1, any opposition papers shall be filed no later than October 29, 2020, and any reply papers shall be filed no later than November 2, 2020. The briefing papers must comply with Judge Moses's Individual Practices § 2(h).

    The telephonic discovery conference currently scheduled for November 2, 2020, at 10:00 a.m. is hereby ADJOURNED *sine die*, pending the Court's decision on defendants' motion to stay.

Dated: New York, New York
       October 23, 2020

                          **SO ORDERED**.

                          **BARBARA MOSES**
                          **United States Magistrate Judge**